UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:18-CV-2-D

UNITED STATES and THE STATE OF NORTH CAROLINA *ex rel,* VICKI ITTEL-ROTHENBERGER and ELIZABETH STANTON,

Plaintiffs,

v.

ERIC MORSE, MORSE CLINIC OF NORTH RALIEGH, MORSE CLINIC OF HILLSBOROUGH, MORSE CLINIC OF ZEBULON, VANCE RECOVERY, CHATHAM RECOVER, JOHNSTON RECOVERY, INC. and MAKO MEDICAL LABORATORIES LLC

Defendants.

## ORDER

UPON CONSIDERATION of *qui tam* Plaintiff-Relators "Notice of Voluntary Dismissal Without Prejudice," and the files and records in this case, it is hereby ORDERED that the Complaint in this action shall be dismissed without prejudice.

SO ORDERED. This 22 day of October 2019.

_____
JAMES C. DEVER III
United States District Judge